# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL WARD,<br><br>      Plaintiff,<br><br>  v.<br><br>SIMPLE FAST LOANS, INC., et al.,<br><br>      Defendants. | Case No. 2:24–cv–07068–SPG–JC<br><br>**ORDER GRANTING JOINT STIPULATION WITHDRAWING PLAINTIFF'S MOTION TO REMAND [ECF NO. 17]** |

  On August 29, 2024, Plaintiff Maxwell Ward ("Plaintiff") filed a Motion to Remand the instance case to Los Angeles Superior Court. (ECF No. 10). On October 4, 2024, Defendants Community Loans of America, Inc., Fulton Loan Servicing, Inc., and Simple Fast Loans, Inc. (together, "Defendants") and Plaintiff, (collectively, the "Parties"), filed a Joint Stipulation to Withdraw Plaintiff's Motion to Remand. (ECF No. 17 ("Stipulation")). Finding good cause therefore, the Court hereby grants the Stipulation. Plaintiff's Motion to Remand is voluntarily withdrawn and removed from the docket. The hearing for the Motion to Remand scheduled to take place on October 30, 2024, is hereby vacated.

  **IT IS SO ORDERED.**

DATED: October 7, 2024

                 HON. SHERILYN PEACE GARNETT
                 UNITED STATES DISTRICT JUDGE